UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>DEPARTMENT OF JUSTICE, <br><br>　　　　　Defendant. | No. 2:18-cv-1872 CKD P <br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: August 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/melg1872.59